IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PERSHING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 3:20-cv-02586-N-BQ |
| | ) |
| FULCRUM CAPITAL HOLDINGS, LLC and FULCRUM CREDIT PARTNERS LLC, | ) ) ) |
| | ) |
| Defendants. | ) |

# FINAL JUDGMENT

The Agreed Motion to Dismiss with Prejudice and for Entry of Final Judgment came on for hearing. Based on the agreement of the parties and the representatives set forth in that Motion, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Fulcrum Capital Holdings LLC and Fulcrum Credit Partners LLC shall take nothing on their claims and causes of action against Pershing LLC.

2. All claims and causes of action asserted in this case, including the principal claims and counterclaims, are hereby dismissed with prejudice.

3. All Costs of Court shall be taxed against the party first incurring same.

SIGNED this 11th day of June, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE